PROB 12C
(6/16)

Report Date: July 20, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jessica A McKinney | Case Number: 0980 2:10CR00062-FVS-2 |
| Address of Offender: | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 22, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii), and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 87 months; TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: May 3, 2017 |
| Defense Attorney: | Curran C. Dempsey |
| | Date Supervision Expires: May 2, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | On May 4, 2017, Ms. McKinney signed a copy of the judgement imposed in this case, indicating that she fully understood the conditions imposed and had been provided a copy of them. |
| | **Supporting Evidence**: On February 7, 2018, Ms. McKinney submitted to urine drug testing at the probation office. On February 12, 2018, the sample confirmed positive for the use of methamphetamine by the laboratory. On June 28, 2018, Ms. McKinney submitted to urine drug testing at the contracting clinic.  On July 9, 2018, this office was advised that the sample was confirmed positive for the use of methamphetamine by the laboratory. On July 19, 2018, Ms. McKinney submitted to urine drug testing at the probation office. The sample tested presumptively positive for amphetamines.  Ms. McKinney admitted, in writing, to having used methamphetamine on or about July 17, 2018.  The sample has been sent to the laboratory for confirmation testing. |

Prob12C
Re: McKinney, Jessica A
July 20, 2018
Page 2

|   |   |   |
|---|---|---|
| 3 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. | |

On May 4, 2017, Ms. McKinney signed a copy of the judgement imposed in this case, indicating that she fully understood the conditions imposed and had been provided a copy of them.

**Supporting Evidence**: On July 17, 2018, this office was informed by Ms. McKinney's substance abuse treatment provider that she has been terminated unsatisfactorily due to missing treatment sessions. Ms. McKinney was directed to meet with her counselor on July 17, 2018, and was informed that if she missed that appointment, her file would be closed. Ms. McKinney failed to appear to that appointment.

4   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

On May 4, 2017, Ms. McKinney signed a copy of the judgement imposed in this case, indicating that she fully understood the conditions imposed and had been provided a copy of them.

**Supporting Evidence**: On June 19 and July 9, 2018, Ms. McKinney failed to report to the contracting clinic for urine drug testing as instructed by the probation officer..

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/20/2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: McKinney, Jessica A**
**July 20, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ x ]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

      July 23, 2018
_____
Date